IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KEVIN P. BRADLEY,

    Plaintiff,

v.

MATTHEW FLYNN,
LIEUTENANT TIM SCHUETZ, and
DANE COUNTY, WI,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-859-bbc

This action came before the court for consideration with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) denying plaintiff leave to proceed and dismissing his claims against defendants Lieutenant Tim Schuetz and Dane County, WI; and

(2) granting defendant Matthew Flynn's motion for summary judgment.

/s/

Peter Oppeneer, Clerk of Court

January 9, 2015

Date